THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REGINA BRONNER, a Washington State citizen,

    Plaintiff,

v.

VOCATIONAL TRAINING INSTITUTE, INC., d/b/a PIMA MEDICAL INSTITUTE, an Arizona corporation,

    Defendant.

**NO. 2:17-CV-00867-MJP**

**ORDER EXTENDING DISCOVERY DEADLINE PURSUANT TO LCR 7(j) AND LCR 10(g)**

## I.    STIPULATED REQUESTED RELIEF

Pursuant to LCR 7(j) and LCR 10(g), the parties to this action, plaintiff Regina Bronner and defendant Vocational Training Institute, Inc. ("Pima") (collectively "Parties"), hereby stipulate and jointly request relief regarding the following pretrial deadlines from the Minute Order Setting Trial and Related Dates (Dkt. #9):

|  | **CURRENT DEADLINE** |
|---|---|
| Discovery completed by | July 30, 2018 |

The Parties are in the process of scheduling the depositions of a few remaining fact and expert witnesses in this matter. Counsel for the parties have conferred and agreed that a brief extension of the discovery deadline for the limited purpose of taking these depositions is

ORDER EXTENDING DISCOVERY DEADLINE PURSUANT TO LCR
7(j) AND LCR 10(g) - 1
No. 2:17-CV-00867-MJP

warranted. The Parties have been working cooperatively and diligently to complete discovery. However, some of the witnesses who need to be deposed in this matter were not identified until late in discovery. Moreover, some of the medical providers require roughly four weeks' advance notice to schedule their respective depositions.

The Parties believe in good faith that this brief extension of the discovery deadline for the limited purpose of scheduling and taking the depositions of remaining fact and expert witnesses will permit them to complete all discovery and meaningfully explore the possibility of settlement of the claims.

The Parties bring this Stipulated Motion in good faith and without intent to cause undue delay, prejudice, or expense on either party or this Court. The Parties have not previously sought an extension of time to engage in discovery. Finally, the Parties do not anticipate that the trial date or any other deadlines will need to be altered.

Based on the foregoing, the Parties hereby stipulate to and propose the following extension of the discovery deadline for the limited purpose of taking additional depositions:

|  | **PROPOSED DEADLINE** |
|---|---|
| Discovery completed by | August 31, 2018 |

IT IS SO STIPULATED, and a proposed order consistent with LCR 10(g) is attached herewith.

DATED this 23th day of July, 2018.

| FISHER & PHILLIPS LLP | CORR\|DOWNS PLLC |
|---|---|
| *s/Stephanie R. Alexander* | *s/Jacob M. Downs* |
| Stephanie R. Alexander, WSBA #28007 | Jacob M. Downs, WSBA #37982 |
| Matthew J. Macario, WSBA #26522 | Robert L. Gillette II, WSBA #44212 |
| 1201 Third Avenue, Suite 2750 | 100 W. Harrison St., Ste. N440 Seattle, |
| Seattle, WA 98101 | WA 98199 |
| (206) 247-7011 | 206-962-5042 |
| Attorneys for Defendant | Attorneys for Plaintiff |

## II. ORDER

This matter, having come before the Court on the above Stipulated Motion, it is hereby ORDERED THAT:

Relief is granted to extend the following deadline:

|  | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Discovery completed by | July 30, 2018 | August 31, 2018 |

IT IS SO ORDERED.

DATED this 25th day of July, 2018.

_____
Marsha J. Pechman
United States District Judge

Presented by:

FISHER & PHILLIPS LLP

*s/Stephanie R. Alexander*_____
Stephanie R. Alexander, WSBA #28007
Matthew J. Macario, WSBA #26522
1201 Third Avenue, Suite 2750
Seattle, WA 98101
(206) 247-7011
Attorneys for Defendant

CORR|DOWNS PLLC

 *s/Jacob M. Downs*_____
Jacob M. Downs, WSBA #37982
Robert L. Gillette II, WSBA #44212
100 W. Harrison St., Ste. N440
Seattle, WA 98199
206-962-5042
Attorneys for Plaintiff

ORDER EXTENDING DISCOVERY DEADLINE PURSUANT TO LCR 7(j) AND LCR 10(g) - 3
No. 2:17-CV-00867-MJP